# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

WESTFIELD INSURANCE COMPANY,
One Park Circle
Westfield Center, Ohio 44251,

       Plaintiff,

Case No.: 2:20-cv-419

v.

BRANDON TOMASSONI,
7542 Hawk Court
Schererville, Indiana 46375

       Defendant.

## COMPLAINT

Plaintiff, Westfield Insurance Company, for its complaint against the above-named defendant, states:

## JURISDICTION

1. The Subject Matter Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332 as the plaintiff and the defendant are citizens of different states, are diverse parties and the amount in controversy exceeds $75,000.00.

2. Venue is proper in the Northern District of Indiana pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this district and the property that is the subject of this action is situated in this district.

## PARTIES

3. Plaintiff, Westfield Insurance Company ("Westfield"), is a foreign company licensed to sell insurance in the State of Indiana. Westfield is incorporated and domiciled in the

State of Ohio, with its principal place of business is located at One Park Circle, Westfield Center, Ohio 44251.

4. Defendant, Brandon Tomassoni, is an adult citizen of Indiana residing at 7542 Hawk Court, Schererville, Indiana 46375.

## FACTS

5. All prior paragraphs are incorporated by reference.

6. On October 15, 2008, Mr. Tomassoni entered into a contract to rent the home from TNT Properties, LLC, located at 8944 Kleinman Avenue, Highland, Indiana 46322 (the "Property"). Mr. Tomassoni continued to rent the home until February, 2020.

7. On February 19, 2020, a fire occurred at the Property. The fire was witnessed coming from the west side of the Property.

8. Upon a full and complete investigation, the cause of the fire was determined to be either a cigarette that had been improperly discarded by Mr. Tomassoni or an unattended candle left burning by Mr. Tomassoni.

9. As a result of this fire, the Property sustained damages in the amount of $200,976.40.

10. At the time of the fire, Westfield had issued to TNT Properties, LLC, and there was in full force and effect, a policy of insurance which insured TNT Properties, LLC against the damages caused by the aforementioned fire. As required by the policy, Westfield paid to, or on behalf of, TNT Properties, LLC, for the damages caused by the fire less any applicable deductible, and is subrogated to the rights of TNT Properties, LLC, to the extent of its payments.

## FIRST CAUSE OF ACTION
## NEGLIGENCE AGAINST BRANDON TOMASSONI

11. All prior paragraphs are incorporated by reference.

12. At all times material hereto, Mr. Tomassoni owed TNT Properties, LLC a duty to use reasonable care in the residential occupancy of the Property.

13. Mr. Tomassoni breached his duty to TNT Properties, LLC when he improperly discarded a cigarette and/or left an unattended candle burning at the Property.

14. Mr. Tomassoni's breach of his duty to TNT Properties, LLC was a direct and proximate cause of the fire which resulted in damage to the Property paid for by Westfield.

## SECOND CAUSE OF ACTION
## BREACH OF CONTRACT BY BRANDON TOMASSONI

15. All prior paragraphs are incorporated by reference.

16. The lease between TNT Properties, LLC and Brandon Tomassoni provides that Brandon Tomassoni is to be "responsible for any property damage or loss of income that occurs because of [his] behavior."

17. In the lease, Brandon Tomassoni also "agree[d] to keep the Premises in a clean, slightly and healthful condition, and to make repairs…which are necessary to maintain the Premises in good repair and condition."

18. In addition, the lease required Brandon Tomassoni to return the premises "in as good repair and condition as existed at the date of [the lease's] execution."

19. Brandon Tomassoni breached these and other provisions of the lease by irresponsibly discarding a cigarette and/or leaving an unattended candle burning, thus significantly damaging the Property and leaving it in poor repair and condition, contrary to the lease requirements.

20. Mr. Tomassoni's beaches were a direct and proximate cause of the damage to the Property which was paid for by Westfield.

WHEREFORE, Westfield Insurance Company demands judgment against the defendant in an amount to be determined, plus prejudgment interest, all taxable costs and fees and all other just and equitable relief.

Dated this _19th__ day of November, 2020.	**YOST & BAILL, LLP**
*Attorneys for Plaintiff,*
Westfield Insurance Company

/s/ Teirney S. Christenson_____
Teirney S. Christenson
WI State Bar No.: 1056438
2675 North Mayfair Road
Suite 600
Milwaukee, WI 53226
Telephone: (414) 203-2054
Facsimile: (414) 259-0610
tchristenson@yostbaill.com